

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-19-2006

# USA v. Al-Ame

Precedential or Non-Precedential: Precedential

Docket No. 04-3769

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Al-Ame" (2006). *2006 Decisions.* Paper 1667.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1667

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-3769

_____

UNITED STATES OF AMERICA

v.

ALI B. AL-AME,

Appellant

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal Action No. 02-cr-00402)
District Judge: Honorable John C. Lifland

_____

Submitted Under Third Circuit LAR 34.1(a)
November 15, 2005

Before: BARRY, and AMBRO, <u>Circuit Judges</u>
POLLAK[*], <u>District Judge</u>

Catherine M. Brown, Esquire
P.O. Box 9058
60 Washington Street
Morristown, NJ 07963
     *Counsel for Appellant*

Christopher J. Christie
  United States Attorney
George S. Leone

_____

    [*]Honorable Louis H. Pollak, United States District Judge for the Eastern District
of Pennsylvania, sitting by designation.

Chief, Appeals Division
Caroline A. Sadlowski
    Assistant U.S. Attorney
District of New Jersey
Office of United States Attorney
970 Broad Street, Room 700
Newark, NJ   07102
        *Counsel for Appellee*

## ORDER  AMENDING  PUBLISHED  OPINION

AMBRO, *Circuit Judge*

        IT IS NOW ORDERED that the published Opinion in the above case filed January 17, 2006, be amended as follows:

        On page three, line two, underline the space between inter and alia (so that the words read "inter alia").

        On page three, move the heading "I.  Facts and Procedural History" from the left margin to the center of the line.

        On page seven, line two, insert a close parentheses after "3d Cir. 1997" (so that the phrase reads "(quoting United States v. Tarnopol, 561 F.2d 466, 472 (3d Cir. 1977) (internal citations and quotation marks omitted))").

        On page seven, seventh line from the bottom of the page, change the word "of" to "on" (so that the phrase reads "acceptable score on the exam").


                                By the Court,


                                /s/ Thomas L. Ambro, Circuit Judge


Dated: January 19, 2006